JOHN G. D'AMATO, Appellant, *v.* EUGENIO GENTILE, Respondent.

*D'Amato* v. *Gentile,* 54 App. Div. 625, affirmed.
(Submitted December 16, 1902; decided January 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 16, 1900, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Robert H. Roy* and *J. Herbert Watson* for appellant.

*Richard A. Rendich* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT and HAIGHT, JJ. Absent : CULLEN and WERNER, JJ.

---

JOHN PETRIE, Respondent, *v.* ISAAC N. MILLER, Appellant.

*Petrie* v. *Miller,* 57 App. Div. 17, affirmed.
(Argued December 17, 1902; decided January 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 19, 1901, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Arthur Furber* for appellant.

*John L. Hill* and *Adolph Vanrein* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT and HAIGHT, JJ. Absent : CULLEN and WERNER, JJ.